U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 12 2017

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHLOECILLE GEORGE | : | CIVIL ACTION 15-cv-2611 |
| VERSUS | : | JUDGE MINALDI |
| SYSMEX AMERICA, INC. | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 12th day of January, 2017.

DEE D. DRELL
Chief Judge